IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW BRANDT, | ) |
| Plaintiff, | ) No. 1:05-cv-01613 (ESH) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' MOTION TO DISMISS, supporting MEMORANDUM and proposed ORDER were served upon the following person on October 28, 2005, by sending a copy by First Class mail, postage prepaid, addressed as follows:

Matthew Brandt
P.O. Box 116
Andover, IL 61233

/s/ Pat S. Genis
PAT S. GENIS, #446244