Matthew Brandt
PO Box 116
Andover, IL 61233

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Matthew Brandt

Case No. 1:05-cv-01613 (ESH)

Plaintiff(s),

v.

United States

Defendant.

REQUEST FOR ENLARGEMENT OF TIME

Plaintiff requests an enlargement of time to serve defendant and in support thereof shows the court as follows:

1. Plaintiff sent the complaint and summons to the court for filing.

2. The clerk filed the complaint and assigned the above case number.

3. The clerk refused to sign and issue the summons.

4. Plaintiff again sent the summons to the clerk and the clerk again refused to sign the summons.

5. As of this date the clerk continues to refuse to sign and issue the summons.

6. Thus plaintiff has been unable to serve the defendant because of the clerks refusal to sign the summons.

## ARGUMENT

Federal Rules of Civ. P. Rule 4(b) provides that once the complaint is filed, the plaintiff is responsible for preparing the summons in an appropriate form, and submitting it to the clerk fof the court for signing and sealing. If the plaintiff's summons is proper, the clerk will sign and seal the form, and issue it to the plaintiff for service.

Courts liberally construe the process requirements of Rule 4(b). If the summons is sufficiently accurate to provide proper notice, and any alleged defect in form has not prejudiced the defendant, a defect in the form of summons will be discounted as harmless and the plaintiff will be afforded an opportunity to amend the summons to cure the error.

Plaintiff's summons (copy attached) is substantially the same as the court issued summons. (copy attached) the Clerks refusal to issue summonses in this matter. Such action is the cause of unnecessary delay in this matter. The clerk has no authority to make legal determinations. Such action constitutes impersonating a judge, denial of due process, obstruction of justice, malfeasance and misfeasance. The clerk is charged with filing pleadings and issuing summons. Plaintiff is entitled as a matter of law to have a summons issued. The clerk has refused to sign and issue the summonses provided by plaintiff(s). The summons prepared by plaintiff(s) are identical in every manner to the summons prepared by the court. Plaintiff(s) is/are unable to serve the complaint and summons on the defendant due to the actions of the clerk. There is no rule requiring plaintiff(s) to use a summons provided by the clerk .

Wherefore, plaintiff(s) request(s) that the court grant the plaintiff an enlargement of time to serve the defendant and issue its order requiring the clerk to issue the summons as prepared by the plaintiff(s) forthwith and sanction the clerk for failing/refusing to do a required duty.

Dated December 7, 2005

*Matthew Brandt*
Matthew Brandt

Matthew Brandt
PO Box 116
Andover, IL 61233

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

Matthew Brandt

Case No. 1:05-cv-01613 (ESH)

Plaintiff(s),

v.

United States

Defendant.

## MOTION TO SUBMIT

Plaintiff requests request that the clerk submit the attached motion to the court for decision as soon as possible.

Dated December 7, 2005

_Matthew Brandt_
Matthew Brandt