Matthew Brandt
PO Box 116
Andover, IL 61233

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

Matthew Brandt

        Case No. 1:05-cv-01613 (ESH)

    Plaintiff(s),

v.

United States

    Defendant.

### APPLICATION FOR PRELIMINARY INJUNCTION
### NOTWITHSTANDING ANTI-INJUNCTION ACT

Plaintiff(s) is/are entitled to injunctive relief beyond reach of 26 U.S.C. §7421, pursuant to LAING v. UNITED STATES, 423 U.S. 161 (1976); ENOCHS v. WILLIAMS PACKING CO., 370 U.S. 1 (1962).

As stated in Enochs, 370 U.S. 1, 8:

> "[I]n general, the Act prohibits suits for injunctions barring the collection of federal taxes *when the collecting officers have made the assessment* and claim that it is valid. Snyder v. Marks, 109 U.S. 189, 194 ." (emphasis added)

As alleged herein (see plaintiffs' complaint ¶ 7), defendants failed make an assessment of income tax(s) against plaintiff(s). This failure renders IRC §7421 inapplicable, as explained in Enochs, 370 U.S. 1, 7:

> The manifest purpose of 7421 (a) is to permit the United