UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATTHEW BRANDT,

                Plaintiff,

v.                                 Civil Action No. 05-1613 (ESH)

UNITED STATES,

                Defendant.

## ORDER

Before the Court is plaintiff's Request for Enlargement of Time. To date, plaintiff has failed to comply with the Order of this Court, entered on November 3, 2005, requiring that he file proof of service no later than December 10, 2005. The reason that service has not been effectuated is that the Clerk of this Court has refused to sign the summons presented by plaintiff, and as a result, plaintiff requests that the Court require the Clerk to issue the summons as prepared by plaintiff. As explained below, this request is **DENIED**, but plaintiff's request for Enlargement of Time is **GRANTED** to the extent that plaintiff has until January 13, 2006 to serve his complaint.

As noted, plaintiff objects to the Clerk's refusal to issue the summons prepared by plaintiff, which he has submitted for the Clerk's signature in place of the summons form the Court typically uses in this district. The only substantive difference between the summons form used by the Court and plaintiff's summons is the title of the Court. Plaintiff's version refers to the Court as "district court of the United States in the District of Columbia." The Court summons refers to the Court as "United States District Court for the District of Columbia." Plaintiff insists on use of his

own summons because he believes the United States District Court for the District of Columbia does not have authority to hear the matter. This is so, despite his decision to file this action in this Court.

If plaintiff does choose to pursue this action in this Court, the summons must reflect the correct name of the court. Rule 4(a) of the Federal Rules of Civil Procedure states that "[t]he summons shall . . . bear the seal of the court [and] identify the court . . . ." As discussed above, the summons submitted by plaintiff fails to correctly identify the court. Therefore, plaintiff's objections to the Clerk's refusal to issue plaintiff's summons are rejected.

For the foregoing reasons, it is hereby

**ORDERED** that if plaintiff chooses to pursue this action in this Court, plaintiff shall present summons to the Clerk for signature that correctly identifies the court as the United States District Court for the District of Columbia, and shall effectuate service and file of proof of service on or before January 13, 2006; and it is

**FURTHER ORDERED** that any application for preliminary injunction is **DENIED WITHOUT PREJUDICE** as premature.

                                                           _____s/_____
                                                         ELLEN SEGAL HUVELLE
                                                         United States District Judge

Dated:   December 21, 2005