UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW BRANDT,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | Civil Action No. 05-1613 (ESH) |

## ORDER

By Order dated December 28, 2005, this Court ordered plaintiff to show cause why venue was proper in this jurisdiction; by Order dated December 21, 2005, this Court ordered plaintiff to effectuate proper service and to file proof of service on or before January 13, 2006; and by Order dated November 3, 2005, plaintiff was ordered to file a more definite statement and set forth what he has done to exhaust his administrative remedies as required by 26 U.S.C. § 7433. Plaintiff has failed to respond to any of these three Orders as required by the Court.

Accordingly, it is this 30th day of January, 2006, hereby

**ORDERED** that plaintiff's complaint is dismissed without prejudice.

                                      s/
ELLEN SEGAL HUVELLE
United States District Judge

Dated:   January 30, 2006